(137 So. 462)

### George W. RUSSELL v. STATE.

#### 6 Div. 33.

Supreme Court of Alabama.

Nov. 5, 1931.

Thos. E. Knight, Jr., Atty. Gen., and Jas. L. Screws, Asst. Atty. Gen., for the State.

J. K. Taylor and Chas. W. Greer, both of Birmingham, opposed.

**524**

BOULDIN, J.

Petition of the state of Alabama, by and through its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Russell v. State, 137 So. 460.

Writ denied.

ANDERSON, C. J., and THOMAS and BROWN, JJ., concur.